IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Scott, Keisha W | Case Number: 08 B 00176 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/29/08 | Filed: 1/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 18, 2008
Confirmed: March 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 25,000.00 | 0.00 |
| 5. | Deutsche Bank National Trustee | Secured | 22,977.40 | 0.00 |
| 6. | HomEq Servicing Corp | Secured | 9,815.34 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 678.23 | 0.00 |
| 8. | Apex | Unsecured | | No Claim Filed |
| 9. | Bonlard Loan | Unsecured | | No Claim Filed |
| 10. | Key Bank USA National Association | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 14. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 15. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 16. | Verizon Wireless | Unsecured | | No Claim Filed |
| 17. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 18. | Aspire Visa | Unsecured | | No Claim Filed |
| 19. | Sams Club | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | American General Finance | Unsecured | | No Claim Filed |
| 23. | Spiegel | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 61,343.97 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Scott, Keisha W

Printed: 4/29/08

Case Number: 08 B 00176
Judge: Goldgar, A. Benjamin
Filed: 1/5/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

